UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUISE CLAUSEN,<br><br>        Plaintiff,<br><br>v.<br><br>CORI BALLI, et al.,<br><br>        Defendants. | Case No.  21-cv-08988-HSG<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING SUA SPONTE REMAND**<br><br>Re: Dkt. No. 8 |

The Court has reviewed Magistrate Judge Spero's Report and Recommendation Re Sua Sponte Remand. The time for objections has passed and none were filed. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly,

IT IS HEREBY ORDERED that this case be REMANDED sua sponte to the Superior Court of California for the County of Monterey. The Clerk is directed to remand this case and close the file.

**IT IS SO ORDERED.**

Dated:  December 16, 2021

HAYWOOD S. GILLIAM, JR.
United States District Judge